

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH ) | CASE NO. 3:18-MJ-2075 |
| FACEBOOK USER ID 100000979987699 ) | |
| THAT IS STORED AT PREMISES ) | (FILED UNDER SEAL) |
| CONTROLLED BY FACEBOOK INC. ) | |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves to seal the Application and Affidavit, Search Warrant, the Application and Order for Nondisclosure, and this Motion to Seal in the above-styled case on the grounds that there is an ongoing criminal investigation which could be jeopardized by public disclosure of this matter at this time.

Respectfully submitted this 14th day of June, 2018.

J. DOUGLAS OVERBEY
United States Attorney

By: /s/ Bart Slabbekorn

Bart Slabbekorn
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Phone: (865) 545-4167